1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3
4  MOUNT HAMILTON PARTNERS, LLC                )  Case No. C 09 02074 JSW
                                                )
5                         Plaintiff,            )  STIPULATION AND [PROPOSED]
                                                )  ORDER SELECTING ADR PROCESS
       vs.                                      )
6                                               )
                                                )
7  OPENTABLE, INC.,                             )
                                                )
8                         Defendant.            )
                                                )
9                                               )
   AND RELATED COUNTERCLAIMS.                   )
10                                              )

11         Counsel report that they have met and conferred regarding ADR and have reached the
12  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
13
14  The parties agree to participate in the following ADR process:

15     **Court Processes:**
16     ☐ Non-binding Arbitration (ADR L.R. 4)
       ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
17     ☒ Mediation (ADR L.R. 6)

18  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
    appreciably more likely to meet their needs than any other form of ADR, must participate in
19  an ADR phone conference and may not file this form. They must instead file a Notice of Need
    for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
20
21     **Private Process:**
       ☐ Private ADR *(please identify process and
22        provider)*                                             _____

23  _____

24  The parties agree to hold the ADR session by:
       ☐ the presumptive deadline *(The deadline is 90 days from the date of the order
25        referring the case to an ADR process unless otherwise ordered.)*

26     ☒ other requested deadline  135 days from the date of the [Proposed] Order.

27
28
    401364857v1                     - 1 -     Stipulation and [Proposed] Order Selecting ADR Process –
                                                                     Case No. C 09 02074 JSW

1

2   Dated:  July 31, 2009                                        _____
3                                                                Benjamin T. Duranske, Esq.
                                                                 Attorney for Plaintiff
4

5
    Dated:  July 31, 2009                                        ____/s/ Carisa S. Yee_____
6                                                                Carisa S. Yee, Esq.
                                                                 Attorney for Defendant
7

8

9   [PROPOSED] ORDER

10      Pursuant to the Stipulation above, the captioned matter is hereby referred to:

11          Mediation

12      Deadline for ADR session

13          135 days from the date of this order.

14

15  IT IS SO ORDERED.

16

17  Dated:  August 4, 2009                                       _____

18                                                               JEFFREY S. WHITE
                                                                 United States District Court
19

20

21

22

23

24

25

26

27

28