IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOUNT HAMILTON PARTNERS, LLC,

    Plaintiff,

v.

OPENTABLE, INC.,

    Defendant.

AND RELATED COUNTERCLAIMS
                                               /

No. C 09-02074 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on December 4, 2009 on the motion to stay filed by OpenTable, Inc. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 5, 2009 and a reply brief shall be filed by no later than November 12, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: October 22, 2009

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE