UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>OPENTABLE, INC.,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C09 02074-JSW<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO EXTEND THE DEADLINE FOR CONDUCTING A MEDIATION** |

1   Having considered the Joint Stipulation Requesting an Order to Extend the
2   Deadline for Conducting a Mediation, filed November 19, 2009 by Mount Hamilton Partners
3   LLC and OpenTable, Inc. and good cause having been shown, IT IS HEREBY ORDERED that
4   the Deadline for Conducting a Mediation in this matter is extended and, in the event a stay is
5   granted, said mediation shall be rescheduled when such stay is lifted.  In the alternative, if no
6   stay is granted, the Deadline for Conducting a Mediation in this matter is hereby extended to 45
7   days after the entry of the Court's Order regarding OpenTable's Motion to Stay.

9   IT IS SO ORDERED.

11  Dated: __November 30, 2009__     _____/s/ Jeffrey S. White_____
12                                   JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE
13  SV\697498.1

    1   [PROPOSED] ORDER GRANTING REQUEST TO
        EXTEND THE DEADLINE FOR CONDUCTING A
        MEDIATION