IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOUNT HAMILTON PARTNERS, LLC,

    Plaintiff,

  v.

OPENTABLE, INC.,

    Defendant.

AND RELATED COUNTERCLAIMS
                                        /

No. C 09-02074 JSW

**ORDER GRANTING DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING REEXAMINATION OF PATENT-IN-SUIT**

      Now before the Court is the motion to stay pending reexamination of United States Patents Nos. 6,741,969 filed by OpenTable, Inc. Mount Hamilton Partners, LLC filed a statement of non-opposition. The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for December 4, 2009 is HEREBY VACATED. Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Court hereby GRANTS OpenTable's motion to stay all proceedings pending reexamination. This action is HEREBY STAYED from the date of this Order until further notice. The Court HEREBY ORDERS the parties to submit a joint status report regarding the

///

///

///

status of the reexamination proceedings every 120 days, or sooner if the PTO issues a final decision with respect to the patent-in-suit, until the stay in this case is lifted.

**IT IS SO ORDERED.**

Dated: December 3, 2009

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE