1  PILLSBURY WINTHROP SHAW
   PITTMAN LLP
2    Robert J. Nolan (CA 235738)
3  50 Fremont Street
   San Francisco, CA 94105-2228
4  Telephone: (415) 983-1864
   Facsimile: (415) 983-1200
5  robert.nolan@pillsburylaw.com

PILLSBURY WINTHROP SHAW
PITTMAN LLP
  James G. Gatto (*Pro Hac Vice*)
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
Telephone: (703) 770-7754
Facsimile: (703) 770-7901
james.gatto@pillsburylaw.com

6  Attorneys for Plaintiff and Counterclaim Defendant
7  MOUNT HAMILTON PARTNERS, LLC

8  LATHAM & WATKINS LLP
     Mark A. Flagel (CA 110635)
9  355 South Grand Avenue
   Los Angeles, CA 90071
10 Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
11 mark.flagel@lw.com

LATHAM & WATKINS LLP
  Peter P. Chen (CA 111426)
  Carisa S. Yee (CA 227499)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
peter.chen@lw.com
carisa.yee@lw.com

12

13

14 Attorneys for Defendant and Counterclaimant
   OPENTABLE, INC.

15

16

17 UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   SAN FRANCISCO DIVISION
18

19 MOUNT HAMILTON PARTNERS, LLC,          )   Case No. CV-09-02074-JSW
                                          )
20                          Plaintiff     )   **JOINT STATUS REPORT REGARDING**
      v.                                  )   **STATUS OF REEXAMINATION**
21                                        )   **PROCEEDINGS OF U.S. PATENT NO.**
   OPENTABLE, INC.                        )   **6,741,969**
22                                        )
                            Defendant.    )
23                                        )
24 AND RELATED COUNTERCLAIMS              )

25

26

27

28

1    Plaintiff Mount Hamilton Partners, LLC ("Mount Hamilton" or "Patentee") and

2    Defendant OpenTable, Inc. ("OpenTable") (together Mount Hamilton and OpenTable are

3    "Parties"), through their undersigned counsel, submit this Joint Status Report Regarding the

4    Status of the Reexamination Proceedings of U.S. Patent No. 6,741,969 pursuant to the Court's

5    December 3, 2009 Order Granting Defendant's Motion to Stay All Proceedings Pending

6    Reexamination of Patent-in-Suit (Dkt. No. 39).

7    On December 7, 2009 the United States Patent and Trademark Office ("USPTO")

8    granted OpenTable's Request for *Inter Partes* Reexamination of U.S. Patent No. 6,741,969

9    Under 35 U.S.C. §§311-318 and 37 C.F.R. §1.915.  The assigned Serial Number is 95/000,510.

10   All issued claims (Nos. 1-48) were deemed to be subject to reexamination.  On the same date the

11   USPTO Examiner issued a non-Final Office Action rejecting Claims 1-48.

12   On February 12, 2010 Patentee filed and served on OpenTable its Response to Office

13   Action in *Inter Partes* Reexamination.

14   On March 12, 2010 OpenTable filed and served on Patentee its Comments on the Non-

15   Final Action and Patentee's Response.

16   Reexamination of the Patent-in-Suit remains ongoing.  Pursuant to the Court's Order, the

17   Parties will submit subsequent joint status report(s) every 120 days, or sooner if the USPTO

18   issues a final decision with respect to the Patent-in-Suit, until the stay in this case is lifted.

19   Respectfully submitted:

20   Dated:  August 2, 2010                          /s/

21                                                   Robert J. Nolan, Esq.
                                                     PILLSBURY WINTHROP SHAW PITTMAN LLP
22                                                   50 Fremont Street
                                                     San Francisco, CA 94105-2228
23                                                   Telephone: (415) 983-1864
                                                     Facsimile: (415) 983-1200
24                                                   robert.nolan@pillsburylaw.com

25                                                   Attorney for Plaintiff and Counterclaim Defendant
26                                                   Mount Hamilton Partners LLC

27

28

1  Dated:  August 2, 2010                                    /s/ Carisa S. Yee
                                                             Carisa S. Yee, Esq.
2                                                            LATHAM & WATKINS LLP
                                                             140 Scott Drive
3                                                            Menlo Park, California 94025
                                                             Telephone: (650) 328-4600
4                                                            Facsimile: (650) 463-2600
                                                             carisa.yee@lw.com
5

6                                                            Attorney for Defendant and Counterclaimant
                                                             OpenTable Inc.
7

8

9                                    ATTESTATION CLAUSE

10         I hereby attest that I have the concurrence of Robert J. Nolan to file this document.

11                                   /s/ Carisa S. Yee
                                     Carisa S. Yee
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    JOINT STATUS REPORT REGARDING STATUS OF
                                                         REEXAMINATION PROCEEDINGS
                                                                  CV-09-02074-JSW