| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>  Robert J. Nolan (CA 235738)<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>Telephone: (415) 983-1864<br>Facsimile: (415) 983-1200<br>robert.nolan@pillsburylaw.com | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>  James G. Gatto (*Pro Hac Vice*)<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102-4856<br>Telephone: (703) 770-7754<br>Facsimile: (703) 770-7901<br>james.gatto@pillsburylaw.com |

Attorneys for Plaintiff and Counterclaim Defendant
MOUNT HAMILTON PARTNERS, LLC

| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Mark A. Flagel (CA 110635)<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>mark.flagel@lw.com | LATHAM & WATKINS LLP<br>  Peter P. Chen (CA 111426)<br>  Carisa S. Yee (CA 227499)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>peter.chen@lw.com<br>carisa.yee@lw.com |

Attorneys for Defendant and Counterclaimant
OPENTABLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>                              Plaintiff,<br><br>    vs.<br><br>OPENTABLE, INC.,<br><br>                              Defendant.<br><br>AND RELATED COUNTERCLAIMS | No. CV-09-02074-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS:

A. The parties have reached an agreement settling the disputes which form the subject of this action; and

B. The settlement agreement provides, among other things, that this action shall be dismissed with prejudice, and that this Court shall retain jurisdiction to enforce the settlement agreement, if necessary.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff and counterclaim defendant MOUNT HAMILTON PARTNERS, LLC. and defendant and counterclaimant OPENTABLE, INC., through their undersigned counsel, that:

1. The entire action shall be dismissed with prejudice, including the claims of the complaint and the claims of the counterclaim;

2. ~~This Court shall retain jurisdiction to enforce the parties' settlement agreement, and to adjudicate any disputes relating to the performance or non-performance by any party of its obligations under the settlement agreement, and for all other purposes relating to the settlement agreement;~~ and,

3. Each party shall pay its own costs and attorneys' fees.

Dated: July 6, 2011

By: /s/ Robert J. Nolan
Robert J. Nolan (#235738)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: robert.nolan@pillsburylaw.com

James G. Gatto (Pro Hac Vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Email: james.tatto@pillsburylaw.com

Attorneys for MOUNT HAMILTON
PARTNERS, LLC

By  /s/ Mark A. Flagel
Mark A. Flagel (#110635)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: mark.flagel@lw.com

Attorney for OPENTABLE, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45, § X(B)**

I attest that I have obtained the concurrence in the filing of this document from each signatory pursuant to General Order 45, § X(B).

By:  /s/ Robert J. Nolan
Robert J. Nolan (#235738)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: robert.nolan@pillsburylaw.com

1  James G. Gatto (*Pro Hac Vice*)
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   1650 Tysons Boulevard
3  McLean, VA 22102-4859
   Telephone: (703) 770-7900
4  Facsimile: (703) 770-7901
   Email: james.gatto@pillsburylaw.com
5
   Attorneys for MOUNT HAMILTON
6  PARTNERS, LLC

7

8  [~~PROPOSED~~] ORDER

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10 Dated: July 7, 2011

11

12

13  _____
    JEFFREY S. WHITE
14  UNITED STATES DISTRICT JUDGE